UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-cr-20850-CR-HUCK/MCALILEY

UNITED STATES OF AMERICA,

v.

HENRY ALEXI RAMIREZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

THIS MATTER was referred to U.S. Magistrate Judge Chris McAliley on December 1, 2017, [ECF No. 9]. A Report and Recommendation filed on December 5, 2017, [ECF No. 14], recommended that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation. The Government did not file an objection, and the Defendant filed a Notice of No Objection to Magistrate Judge's Report and Recommendation on December 6, 2017, [ECF No. 16]. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of U.S. Magistrate Judge Chris McAliley, is hereby adopted and approved in its entirety. The Defendant is adjudged guilty as to Count 1 of the Information.

DONE AND ORDERED in Chambers in Miami, Florida this 11th day of December, 2017.

                                          PAUL C. HUCK
                                          UNITED STATES DISTRICT JUDGE

cc: All counsel of record